05-260

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

**TO:** *Aaron Bruton* SBI#: *859437*

**FROM:** *Stacy Shane, Support Services Secretary*

**RE:** ***6 Months Account Statement***

**DATE:** *April 21, 2005*



FILED

MAY - 2 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

*Attached are copies of your inmate account statement for the months of* October 1, 2004 *to* March 31, 2005.

*The following indicates the average daily balances.*

| MONTH | AVERAGE DAILY BALANCE |
|-------|------------------------|
| Oct | 8.18 |
| Nov | 30.09 |
| Dec | 144.87 |
| Jan | 40.87 |
| Feb | 44.69 |
| March | 94.42 |

***Average daily balances/6 months:*** 60.94

Attachments
CC:   File

*Stacy Shane*
4/21/05

*Mike L...*
NoTARY public
4/22/05

Date Printed: 4/18/2005

# Individual Statement

## For Month of March 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg.Mth Balance: | $65.17 |
|---|---|---|---|---|---|---|
| 00359437 | Bruton | Aaron | | | | |

Current Location:  D/W

Comments: qo|4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 3/3/2005 | ($19.97) | $0.00 | $0.00 | $45.20 | 76714 | | | |
| Canteen | 3/10/2005 | ($19.67) | $0.00 | $0.00 | $25.53 | 79564 | | | |
| Visit | 3/14/2005 | $140.00 | $0.00 | $0.00 | $165.53 | 80615 | 12485662-9793 | | R BRUTON |
| Canteen | 3/17/2005 | ($19.37) | $0.00 | $0.00 | $146.16 | 82378 | | | |
| Pay-To | 3/17/2005 | ($7.95) | $0.00 | $0.00 | $138.21 | 82514 | | JADEN MOORE OF N | |
| Canteen | 3/24/2005 | ($23.94) | $0.00 | $0.00 | $114.27 | 85002 | | | |

Ending Mth Balance:    $114.27

Date Printed: 4/18/2005

# Individual Statement

## For Month of October 2004

Page 1 of 1

| | Last Name | First Name | MI | Suffix | Beg.Mth Balance: | $0.01 |
|---|---|---|---|---|---|---|
| SBI 00359437 | Bruton | Aaron | | | | |
| Current Location: D/W | | | Comments: qol4 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or CK # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 10/1/2004 | $11.88 | $0.00 | $0.00 | $11.89 | 15620 | | | |
| Canteen | 10/13/2004 | ($11.85) | $0.00 | $0.00 | $0.04 | 19627 | | | |
| Mail | 10/19/2004 | $20.00 | $0.00 | $0.00 | $20.04 | 22244 | | | |
| Medical | 10/22/2004 | $0.00 | ($8.00) | $0.00 | $20.04 | 23688 | 4531996548-36927 | FOOD SERVICE 8/24- | |
| Medical | 10/22/2004 | ($8.00) | $0.00 | $0.00 | $12.04 | 23891 | | | R BRUTON 9-28-04 |
| Canteen | 10/26/2004 | ($11.62) | $0.00 | $0.00 | $0.42 | 24730 | | | 9-28-04 |

Ending Mth Balance:    $0.42

# Individual Statement

## For Month of November 2004

Date Printed: 4/18/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.42 |
|---|---|---|---|---|---|---|
| 00359437 | Bruton | Aaron | | | | |

Current Location:   D/W

Comments: qol4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Visit | 11/8/2004 | $20.00 | $0.00 | $0.00 | $20.42 | 29679 | 117205947-36281 | | R BRUTON |
| Visit | 11/22/2004 | $50.00 | $0.00 | $0.00 | $70.42 | 34891 | 120529287 | | R BRUTON |
| Canteen | 11/23/2004 | ($14.99) | $0.00 | $0.00 | $55.43 | 35430 | | | |
| Visit | 11/29/2004 | $50.00 | $0.00 | $0.00 | $105.43 | 36755 | 120530151-247 | | R BRUTON |

Ending Mth Balance:     $105.43

Date Printed: 4/18/2005

# Individual Statement

## For Month of December 2004

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $105.43 |
|---|---|---|---|---|---|---|
| 00359437 | Bruton | Aaron | | | | |

Current Location:  D/W        Comments:  qol4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Pay-To | 12/3/2004 | ($9.98) | $0.00 | $0.00 | $95.45 | 40034 | | W DRAKE | |
| Pay-To | 12/3/2004 | $9.98 | $0.00 | $0.00 | $105.43 | 40035 | | W DRAKE-SENT BAC | |
| Canteen | 12/7/2004 | ($14.91) | $0.00 | $0.00 | $90.52 | 40626 | | | |
| Visit | 12/8/2004 | $80.00 | $0.00 | $0.00 | $170.52 | 41696 | 120531726-746 | | ROSELE |
| Pay-To | 12/16/2004 | ($9.98) | $0.00 | $0.00 | $160.54 | 45270 | | W DRAKE | |
| Canteen | 12/21/2004 | ($14.99) | $0.00 | $0.00 | $145.55 | 46418 | | | |

Ending Mth Balance:        $145.55

# Individual Statement

## For Month of January 2005

Date Printed: 4/18/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $145.55 |
|---|---|---|---|---|---|---|
| 00359437 | Bruton | Aaron | | | | |

Current Location:   D/W    Comments: qol4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 1/4/2005 | ($97.48) | $0.00 | $0.00 | $48.07 | 52096 | | | |
| Pay-To | 1/14/2005 | ($18.00) | $0.00 | $0.00 | $30.07 | 56796 | | MOONLIGHT PROD | |
| Canteen | 1/19/2005 | ($14.88) | $0.00 | $0.00 | $15.19 | 58123 | | | |
| Pay-To | 1/21/2005 | ($3.95) | $0.00 | $0.00 | $11.24 | 59234 | | DST/POSTAGE | |
| Canteen | 1/26/2005 | ($11.14) | $0.00 | $0.00 | $0.10 | 61566 | | | |
| Canteen | 1/27/2005 | $22.10 | $0.00 | $0.00 | $22.20 | 62000 | | REFUND | |

Ending Mth Balance:    $22.20

Date Printed: 4/18/2005

# Individual Statement

## For Month of February 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $22.20 |
|---|---|---|---|---|---|---|
| 00359437 | Bruton | Aaron | M1 | | | |
| Current Location: | D/W | | Comments: | qol4 | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 2/3/2005 | ($19.75) | $0.00 | $0.00 | $2.45 | 64340 | | | |
| Canteen | 2/10/2005 | ($2.18) | $0.00 | $0.00 | $0.27 | 67321 | | | |
| Visit | 2/14/2005 | $100.00 | $0.00 | $0.00 | $100.27 | 68554 | 8246492980-7956 | | R BRUTON |
| Canteen | 2/17/2005 | ($20.00) | $0.00 | $0.00 | $80.27 | 70424 | | | |
| Canteen | 2/24/2005 | ($15.10) | $0.00 | $0.00 | $65.17 | 73330 | | | |

Ending Mth Balance: $65.17