(Rev. 4/97)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

ORIGINAL

05-260

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

FILED
MAY - 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

AARON E. BRUTON
(Enter above the full name of the plaintiff in this action)

V.

C/O ROBERT C. PADDY, and the QR2 TEAM, WARDEN THOMAS CARROLL, C/O GLENN WOODWARD, WARDEN RAPHAEL WILLIAMS, DEPUTY WARDEN BETTY BURRIS, DEPUTY WARDEN LARRY MCGUIGANS, and the QR2 TEAM, (DCC), CAPTAIN JOSEPH BELANGER, MAJOR CHARLES CUNNINGHAM, SGT. WASHINGTON, NEW CASTLE COUNTY POLICE DEPARTMENT, WILMINGTON POLICE DETECTIVES:
(Enter above the full name of the defendant(s) in this action

I. Previous lawsuits

A. Have you begun other lawsuits in state or federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?
YES [X]   NO [ ]

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit

Plaintiffs  AARON E. BRUTON

Defendants C/O ROBERT C. PADDY, and the QR2 TEAM, C/O GLENN WOODWARD, WARDEN RAPHAEL WILLIAMS, WARDEN THOMAS CARROLL, DEPUTY WARDEN LARRY MCGUIGANS, DEPUTY WARDEN BETTY BURRIS, and the QR2 TEAM,(DCC); CAPTAIN JOSEPH BELANGER, MAJOR CHARLES CUNNINGHAM, SGT. WASHINGTON, NEW CASTLE COUNTY POLICE DEPARTMENT, WILMINGTON POLICE DETECTIVES:

2. Court (if federal court, name the district; if state court, name the county)

   United States District Court:

3. Docket number UNKNOWN:

4. Name of judge to whom case was assigned UNKNOWN:

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
   Dismissed Without Prejudice:

6. Approximate date of filing lawsuit September 24, 2002:

7. Approximate date of disposition March 31, 2005:

II. A. Is there a prisoner grievance procedure in this institution? Yes [X] No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [X] No [ ]

C. If your answer is YES,

   1. What steps did you take? Describe in detail the facts which happen to defendant since being incarcerated:

   2. What was the result? Grievance was documented and sent back to me:

D. If your answer is NO, explain why not _____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [ ] No [ ]

F. If your answer is YES,

   1. What steps did you take? _____

   2. What was the result? _____

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff AARON E. BRUTON

Address Delaware Corr. Center, 1181 Paddock Road, Smyrna, DE 19977

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B. Defendant MAJOR CHARLES CUNNINGHAM is employed as CHIEF OF Security, Compound: at Delaware Corr. Center:

C. Additional Defendants CAPTAIN JOSEPH BELANGER, RAPHAEL WILLIAMS WARDEN? and the Qr2 Team, THOMAS CARROLL WARDEN, and the QR" TEAM, C/O GLENN WOODWARD, C/O ROBERT C. PADDY, NEW CASTLE POLICE DEPT. DEPUTY WARDEN BETTY BURRIS: SGT. WASHINGTON

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

SEE ATTACHED COPY OF STATEMENTS OF FACTS:

## STATEMENT OF FACTS

1. On or about February 26, 2001, Aaron E. Bruton was arrested by the new Castle County Police Department. After being question, the County Police Officer assaulted me. They took my clothes off of me. They then transferred me to Gander Hill Prison when I wouldn't confess and sign the documents that they placed before. I was then taken to Wilmington Hospital for treatment

2. On February 27, 2001, Aaron E. Bruton was allowed to use the phone in Booking and Receiving. I was talking to my mother and sister, Dawn Bruton. After about a minute of conversation the C/O on duty turn the phone off and proceeded to force me to move.

3. I started complaining and asking him why did he cut off the phone, when he punched me in the face. He then called the QR2 team. The QR2 team immediately started kicking me, punching me in the face, slammed me to the floor, slammed me, kick me in the ribs, they did, as they wanted to do to me.

4. They hurt me rather badly, then they took me to the Infirmary where I was lock down in an isolation cell for a couple of weeks, while my body tried to recover.

5. The next day my father Raymond L. Bruton was brought to see me in my isolation cell. I was beaten bruises and lumps and black eyes were all visible to my father. My body was really bruised. My father cried and then Sgt. Green and C/O Ron Ron took my father back to 1A pod.

6. My forehead was badly bruised, my eyes were black, and my entire face was covered in black and blue marks and swollen. They shot some kind of drug in my hip. I asked them what did they give me they would never tell me.

7. My side hurt real bad and I could not keep from falling asleep. I asked and complained that I wanted water. I asked the two C/O women who were on duty that February 27, 2001. My father asked them to give me some water and they did not until they were ready.

8. My father saw me on February 27, 2001, I was badly beaten by the Response team I could hardly function during that time, my welfare was in question.

9. The doctors made me take this drug that I don't know what it was they had me on suicide watch, I told Ron Ron to tell my Dad. I complained to my dad's friend, I begged him to tell my dad what they were doing to me.

10. I was placed in the isolation on the main floor after I some what recovered from my beating by the QR2 team. My father, before he was moved to D.C.C. on May 15, 2001 had got me moved back into population. I was in population A for about month and a half before I was transferred to D.C.C. on June 15, 2002.

11. Immediately upon my arrival to D.C.C. I was told that I will be placed in the SHU. I asked why; however, no one would tell me. I was not classified to the SHU and I had not been involved in any other problems inside the prison.

12. Since June 15, 2001, I have been house in the SHU. My father and I have written many letters to everyone of concern trying to get me moved out of the SHU and placed in population. On two (2) occasion beside this latest episode I was attack and beaten by the QR2 team here in the SHU located in the D.C.C. compound. I was removed just prior to this latest beating to an isolation wing where I spent nine (9) days.

13. After my return from a visit on Monday May 6, 2002, I was attacked by Captain Belanger and Major Cunningham while my hands were still handcuff behind my back. The QR2 team, attacked beat me twice. I was beaten real bad, they then carried me to the Hospital on the Main compound where I was locked down and shackled to the bed hand and foot.

14. When my mother and brother came to see me on Friday May 10, 2002, I had two (2) black eyes, I had stitches, I had bruises on my face, my neck, my legs, my stomach and my back where they kicked me while I was handcuffed. Again I was beaten real bad, I don't know what the hell is going on.

15. Captain Belanger and Major Cunningham are the Responsible Parties for this latest beating. They both were there and they called the QR2 team and told them to beat me while my hands were cuffed behind my back and they beat me also.

16. I don't know where all of this is going; however, I'm praying that the Courts will come to my aide and stop this nonsense. I'm now housed without any clothes and kept naked in this isolation cell.

Date: APRIL 20, 2005

AARON E. BRUTON
D. C. C.
1181 PADDOCK ROAD
SMYRNA, DE 19977

V.  Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments.
 Cite no cases or statutes.)

Plaintiff has been assaulted by the QR2 Team in DCC and in YOUNG Corr. INSTUTE, their conduct was committed by a person acting under color of State Law and their conduct deprived the Plaintiff of rights secured by the Constitution. It is cruel and unusual punisment (EIGHT Amendment) for Plaintiff to treated like that in these Institutions and the denial of Plaintiffs due process rights under the fifth an fourteenth Amendments clearly should be compensated. Plaintiff assert that he does not attemptto hold Defendant's liable for damages in their offical capacties and further states that he seeks to sue all the Defendants in their individual capacties:

Signed this 20 day of April, 2005

_____Aaron E. Bruton_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

April 20, 2005         Aaron E. Bruton
Date                   (Signature of Plaintiff)

-4-

I/M Aaron E. Bristow
SBI# 00359437 UNIT D-u
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King Street, Lock box 18
Wilmington, Delaware
19801-3570