(Rev. 4/97)

# FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
## UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

FILED
JUN -3 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

BD

AARON E. BRUTON
(Enter above the full name of the plaintiff in this action)

05-260

V.

C/O ROBERT C. PADDY, and the QR2 TEAM, WARDEN THOMAS CARROLL, C/O GLENN Woodward, Warden RAFHAEL WILLIAMS, DEPUTY WARDEN BETTY BURRIS? DEPUTY WARDEN LARRY MCGUIGANS, AND THE QR2 TEAM, (DCC) CAPTAIN JOSEPH BELANGER, MAJOR CHARLES CUNNIHAM , SGT. WASHINGTON
NEW CASTLE COUNTY POLICE DEPARTMENT, WILMINGTON POLICE DETECTIVES:
(Enter above the full name of the defendant(s) in this action

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   YES [X]    NO [ ]

   B.  If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1.  Parties to this previous lawsuit

      Plaintiffs  AARON E. BRUTON, Pursuant to the Federal Rules

      15 OF Civil Procedure is Amending Complaint:

      Defendants  Adding to Lawsuit C/O ROBERT PADDY, C/O GLENN

      WOODWARD and the WILMINGTON POLICE DETECTIVES; WARDEN

      THOMAS CARROLL, and DEPUTY WARDEN BETTY BURRIS:

2. Court (if federal court, name the district; if state court, name the county)

   United States District Court:

3. Docket number  UNKNOWN

4. Name of judge to whom case was assigned  UNKNOWN:

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)  DISMISSED WITHOUT PREJUDICE:

6. Approximate date of filing lawsuit  September 24, 2002:

7. Approximate date of disposition  March 31, 2005

II.  A.  Is there a prisoner grievance procedure in this institution? Yes [X] No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [X] No [ ]

C. If your answer is YES,

   1. What steps did you take?  Describe in detail the facts which happen to Defendant since being incarcerated:

   2. What was the result?  Grievance was documented and sent back to me.

D. If your answer is NO, explain why not _____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [ ] No [ ]

F. If your answer is YES,

   1. What steps did you take? _____

   2. What was the result? _____

-2-

III.  Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A.  Name of Plaintiff  AARON E. BRUTON

Address  Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B.  Defendant  MAJOR CHARLES CUNNINGHAM  is employed as  CHIEF OF Security, Compound  at  Delaware Corr. Center

C.  Additional Defendants  CAPTAIN JOSEPH BELANGER, Raphael Williams Warden, and the QR2 Team, Thomas Carroll Warden, and the QR2 Team, C/O GLENN WOODWARD, C/O ROBERT C. PADDY, NEW CASTLE COUNTY DEPT., DEPUTY WARDEN BETTY BURRIS, SGT. WASHINGTON

IV.  Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

SEE ATTACHED COPY OF STATEMENTS OF FACTS:

STATEMENT OF FACTS

AARON E. BRUTON, I'm Amending these names below, to Plaintiff's Complaint in the District Court.

In 1983 Lawsuit which I submitted to the District Court of Wilm. the Defendant's names which assaulted me (Plaintiff) in the Booking and Receiving, was not known to Plaintiff.

After Plaintiff recieved the Criminal Investigation Report from Captain Bradley Lee i.A. Plaintiff discovered the names of the C/O GLENN WOODWARD and C/O ROBERT C. PADDY, both of whom assaulted Plaintiff on February 27, 2001, in the Gander Hill Prison, .

I'm also Amending Deputy Warden Betty Burris and Warden Thomas Carroll to this Lawsuit for their failure to come to my assistance as I struggled with the continous assaults and abusive behavior inflicted upon Plaintiff the entire time Plaintiff was incarcerated in the SHU Building.

Many letters were written to the both of these two people whom operate this Institution as Warden and Deputy Warden. Many phone calls were pursued by my family members, trying to get them involved to help stop the nonsense Plaintiff was being perpetrated upon by the members of this work force staff.

Plaintiff is Amending the Wilmington Police Detectives whom beat plaintiff in their jail, because Plaintiff would not sign an confession. Plaintiff was taken to the Hospital immediately after the beatings to be seen by doctors.

AARON E. BRUTON<br>
*AARON E. Bruton* (signature)<br>
AARON E. BRUTON<br>
SBI# 359437<br>
Delaware Corr. Center<br>
1181 Paddock Road<br>
Smyrna, DE 19977

Date:    May 25, 2005

V.  Relief

(State briefly exactly what you want the court to do for you.  Make no legal arguments. Cite no cases or statutes.)

Plaintiff has been assaulted by the QR2 Team in DCC and in Young Corr. Instution, their conduct was committed by a person acting under color of State Law and their conduct deprive the Plaintiff of Rights secured by the Constitution. It is cruel and unusual punishment (Eight Amendment) for Plaintiff to be treated like that in these Institution and the denial of Plaintiffs due process rights under the fifth an fourteenth Amendments clearly should be compensated Plaintiff assert that he does not attemp to hold Defendants liable for damages in their offical capacties and further states that he seeks to sue all the Defendants in their individual capacties:

Signed this 25 day of May, 2005

_____
AAron E. Bruton
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

May 25, 2005           AAron E. Bruton
    Date              (Signature of Plaintiff)

-4-

(Rev. 4/97)

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

AARON E. BRUTON
_____
Plaintiff

V.

WARDEN RAFHAEL WILLIAMS et al
_____
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:

I, AARON E. BRUTON _____ declare that I am the (check appropriate box)

☑ Petitioner/Plaintiff/Movant   ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No" go to Question 2)

    If "YES" state the place of your incarceration  Delaware Corr. Center, Smyrna, DE 1997

    Are you employed at the institution? NO   Do you receive any payment from the institution? ____
    *Have the institution fill out the certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past SIX months' transactions. The ledger sheet is not required for cases filed pursuant to 28:USC §2254.*

2. Are you currently employed?   ☐ Yes   ☒ No

    a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ | ☐ |
    | b. | Rent payments, interest or dividends | ☐ | ☐ |
    | c. | Pensions, annuities or life insurance payments | ☐ | ☐ |
    | d. | Disability or workers compensation payments | ☐ | ☐ |
    | e. | Gifts or inheritances | ☐ | ☐ |
    | f. | Any other sources | ☐ | ☐ |

    If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.

    MY MOTHER and family members:

4. Do you have any cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes" state the total amount $ _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

   ☐ Yes  ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   I declare under penalty of perjury that the above information is true and correct.

   __April 25, 2005__                     __Aaron E. Bruton__
   DATE                                   SIGNATURE OF APPLICANT

---

## CERTIFICATE
(Incarcerated applicants only)
*(To be completed by the institution of incarceration)*

I certify that the applicant named herein has the sum of $ _____ on account his/her credit at (name of institution) _____

I further certify that the applicant has the following securities to his/her credit:

_____

I further certify that during the past six months the applicant's average monthly balance was $ _____

and the average monthly deposits were $ _____ .

_____                         _____
Date                                   SIGNATURE OF AUTHORIZED OFFICER

(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)

I/M Aaron E. Benton
SBI# 00359437 UNIT D-West
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801-3570

#34

DELAWARE CORRECTIONAL CENTER

PAY TO: _____

THE SUM OF: three dollars and ____ (PLEASE CHARGE TO MY ACCOUNT)

ADDRESS TO WHOM SENT: Office of the Clerk
United States District Court
844 N. King Street

SBI#: _____

DATE: May 29, 2005
AMOUNT: $ 3 & CENTS 85

Aaron E. Benton J.r.
(Signature)

_____
(WITNESS: OFFICER IN CHARGE)