IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AARON E. BRUTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>C/O ROBERT C. PADDY, THE QR2 )<br>TEAM, WARDEN THOMAS CARROLL, )<br>C/O GLENN WOODWARD, WARDEN )<br>RAPHAEL WILLIAMS, DEPUTY )<br>WARDEN BETTY BURRIS, DEPUTY )<br>WARDEN LARRY MCGUIGANS, THE )<br>QR2 TEAM DCC, CAPTAIN JOSEPH )<br>BELANGER, MAJOR CHARLES )<br>CUNNINGHAM, SGT. WASHINGTON, )<br>NEW CASTLE COUNTY POLICE )<br>DEPARTMENT, and WILMINGTON )<br>POLICE DETECTIVES, )<br>)<br>Defendants. ) | Civ. No. 05-260-KAJ<br><br>FILED<br>JUN - 9 2005<br>U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |

**AUTHORIZATION**

I, Aaron E. Bruton, SBI # 359437, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $16.79 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated 6/2/05 , 2005.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply

to any other agency into whose custody I may be transferred.

Date: ___June 7,_____, 2005.

                                                                                          _Aaron E. Bruton_
                                                                                           Aaron E. Bruton



I/M Aaron E. Benton
SBI# 35 9437   UNIT D-West
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570


U.S.M.S. X-RAY