AAron E. Bruton
SBI# 359437
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

August 24, 2005

Office of the Clerk
Unitee States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570



   RE: Civ. No. 05-260-KAJ

Dear Clerk of Court;

   In respect of the Court, the Plaintiff has come to realize that an error has been committed in the filing prerequisites of 28 U.S.C. 1915A; Furthermore, Plaintiff request that the Complaint toward defendant's, New Castle County Police Department and The Chief Executive Officers for New Castle County be dismissed pursuant to Federal Rule of Civil Procedure 4 (M)., In Civ. Case No. 05-260-KAJ.

                                       Respectfully Submitted,

                                       *Aaron E. Bruton*

I/M AAron E. Bruton
SBI# 359437    UNIT D-West
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570

U.S.M.S.
X-RAY

