OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 30, 2005

TO: Aaron E. Bruton
SBI#359437
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**RE: Letter Received on 8/24/05; 05-260(KAJ)**

Dear Mr. Bruton:

The Clerk's Office is in receipt of the above referenced papers. It is unclear from your letter who you want to dismiss from this case. Please list the exact name of the individual who you want to voluntarily dismiss from the case.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan

AAron E. Bruton
SBI# 359437
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977



August 24, 2005

Office of the Clerk
Unitee States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570



    RE: Civ. No. 05-260-KAJ

Dear Clerk of Court;

    In respect of the Court, the Plaintiff has come to realize that an error has been committed in the filing prerequisites of 28 U.S.C. 1915A; Furthermore, Plaintiff request that the Complaint toward defendant's, New Castle County Police Department and The Chief Executive Officers for New Castle County be dismissed pursuant to Federal Rule of Civil Procedure 4 (M)., In Civ. Case No. 05-260-KAJ.

                                          Respectfully Submitted,

                                          Aaron E. Bruton