U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: AARON E. BRUTON | COURT CASE NUMBER: 05-260 KAJ |
| DEFENDANT: The Chief Executive officers (et. al) | TYPE OF PROCESS: Order |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
The Chief Executive officers For the City of Wilm. DE.
9th Floor, Wilm DE 19801

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT: Office of the Mayor, City County Bldg. 800 N. French Street

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Aaron E. Bruton
SBI # 359437
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 12
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PAUPER CASE   12

Signature of Attorney or other Originator requesting service on behalf of:
Aaron E. Bruton
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER:
DATE: Aug. 19, 2005

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 
District of Origin No.:
District to Serve No.:
Signature of Authorized USMS Deputy or Clerk: BF
Date: 10-11-05

[X] I hereby certify and return that I have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Ms. Erin Murphy, Office Asst to Mayor

Date of Service: 10/13/05   Time: 1320 pm
Signature of U.S. Marshal or Deputy

Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund

REMARKS:

FILED
OCT 24 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PRIOR EDITIONS MAY BE USED   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)