U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| AARON E. BRUTON | 05-260 KAJ |
| DEFENDANT | TYPE OF PROCESS |
| CHARLES CUNNINGHAM (et.al) | ORDER |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MAJOR CHARLES CUNNINGHAM, Corr. Officer

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** Delaware Corr. Center, 1181 Paddock Road, Smyrna, DE 19977

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

AARON E. BRUTON
SBI# 00359437
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 13 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PAUPER CASE                13

Signature of Attorney or other Originator requesting service on behalf of:
Pro Se Aaron E. Bruton    [X] PLAINTIFF    [ ] DEFENDANT
TELEPHONE NUMBER    DATE 04/27/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Signature of Authorized USMS Deputy or Clerk: BF    Date: 10-7-05

[X] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Date of Service: 10/24/05

Signature of U.S. Marshal or Deputy: BF

REMARKS: Per DCC, Off. Retired - No forwarding info - Return Unexecuted

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)