# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AARON E. BRUTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-260-KAJ |
| | ) | |
| C/O ROBERT C. PADDY, THE QR2 | ) | |
| TEAM, WARDEN THOMAS CARROLL, | ) | |
| C/O GLENN WOODWARD, WARDEN | ) | |
| RAPHAEL WILLIAMS, DEPUTY | ) | |
| WARDEN BETTY BURRIS, DEPUTY | ) | |
| WARDEN LARRY MCGUIGANS, THE | ) | |
| QR2 TEAM DCC, CAPTAIN JOSEPH | ) | |
| BELANGER, MAJOR CHARLES | ) | |
| CUNNINGHAM, SGT. WASHINGTON, | ) | |
| NEW CASTLE COUNTY POLICE | ) | |
| DEPARTMENT, and WILMINGTON | ) | |
| POLICE DETECTIVES, | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Eileen Kelly

on behalf of State Defendants Robert C. Paddy, Thomas Carroll, Glen Woodward[1],

Raphael Williams, Larry McGuigan[2] and Joseph Belanger.  This Entry of Appearance is

not a waiver of any jurisdictional defects or defects in service upon the State Defendants.

The State Defendants specifically reserve the right to raise any jurisdictional, service or

statute of limitations defenses which may be available.

---

[1] Plaintiff's spelling of this Defendant's name in the caption is incorrect.
[2] Plaintiff's spelling of this Defendant's name in the caption is incorrect.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Eileen Kelly
Eileen Kelly, I.D. #2884
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400
eileen.kelly@state.de.us

Date:  December 19, 2005                Attorney for State Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2005, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF.  I hereby certify that on December 19, 2005, I have mailed by United States Postal Service, the document to the following non-registered party:  Aaron E. Bruton.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us