Raymond L. Bruton
SBI #069025 Unit Dorm# 1
H.R.Y.C.I.
P.O. Box 9561
Wilmington, DE 19809

December 29, 2005

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

Re: AAron E. Bruton Civ. No. 05-260-KAJ

Dear Honorable Judge Jordan;

   May this new year be a blessing to you and your family-may favor be assured you every step of your way in life.
   Judge Jordan, I, AAron's dad has a problem, as you well know I'm responsible for the writings of the motions and 42 USC 1983 lawsuit filed in my son's AAron E. Bruton's case.

   I was moved from DCC in Smyrna on August 30, 2005 I'm now in H.R.Y.C.I., my son was placed back into the Muh after being held hostage in the SHU and MUH since June 15, 2001 until March or April of this year and this is Plaintiff's first time being an offender.

   I'm told by family members that the state has filed a motion to have Aaron's Complaint dismissed, Aaron informed family members on Christmas Day, December 25, 2005.

   Honorable Sir, a lot of wrongful acts has be perpetrated upon my son unconstitutionally and I have tried unsuccessfully to obtain a lawer to represent my son's interest in the District Court. However, I'm a certified Paralegal which went to school and obtain a degree to apply my trade. Therefore, I'm requesting of the Court to allow his father to continue to fight for my son's rights through the 42 USC 1983 Lawsuit that is within the District Court, before you most Honorable Sir.

   In respect of the Court Plaintiff's Father pleads for the opportunity to continue to provide assistance to his son in filing all forms and motions to obtain justice for the shameful acts committed upon my son.

   Plaintiff's father humbly will await and answer from the honorable Judge Jordan.

PS: Allow me to be Amicus
    Curiae a friend to the Court
    in my son's case.

Respectfully Submitted,

Raymond L. Bruton

FILED JAN -3 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

# Certificate of Service

I, __Raymond L. Bruton__, hereby certify that I have served a true and correct cop(ies) of the attached: __Letter to Judge Jordan__ _____ upon the following parties/person (s):

TO: __Attorney General Carl Danberg__       TO: _____

__820 N. French Street__                    _____

__Carvel State Building__                   _____

__Wilmington, DE 19801__                    _____

_____                        _____

TO: _____                    TO: _____

_____                        _____

_____                        _____

_____                        _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this __29__ day of __December__, 200__5__

*Raymond L. Bruton*







Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

I/M Raymond L. Bruton
SBI# 069025  Unit Dorm# 1
H.R.Y.C.I.
P.O. Box 9561
Wilmington, DE 19809