IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AARON E. BRUTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C. A. No. 05-260-KAJ |
| C/O ROBERT C. PADDY, THE QR2 | ) | |
| TEAM, WARDEN THOMAS CARROLL, | ) | |
| C/O GLENN WOODWARD, WARDEN | ) | |
| RAPHAEL WILLIAMS, DEPUTY | ) | |
| WARDEN BETTY BURRIS, DEPUTY | ) | |
| WARDEN LARRY MCGUIGANS, THE | ) | |
| QR2 TEAM DCC, CAPTAIN JOSEPH | ) | |
| BELANGER, MAJOR CHARLES | ) | |
| CUNNINGHAM, SGT. WASHINGTON, | ) | |
| NEW CASTLE COUNTY POLICE | ) | |
| DEPARTMENT, and WILMINGTON | ) | |
| POLICE DETECTIVES, | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Eileen Kelly on behalf of State Defendant Deputy Warden Betty Burris.  This Entry of Appearance is not a waiver of any jurisdictional defects or defects in service upon the State Defendant.  The State Defendant specifically reserves the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Eileen Kelly
Eileen Kelly, I.D. #2884
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400
eileen.kelly@state.de.us
Attorney for State Defendant

Date:  January 17, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2006, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF.  I hereby certify that on January 17, 2006, I have mailed by United States Postal Service, the document to the following non-registered party:  Aaron E. Bruton.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us