IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AARON E. BRUTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-260-KAJ |
| | ) | |
| C/O ROBERT C. PADDY, THE QR2 | ) | |
| TEAM, WARDEN THOMAS CARROLL, | ) | |
| C/O GLENN WOODWARD, WARDEN | ) | |
| RAPHAEL WILLIAMS, DEPUTY | ) | |
| WARDEN BETTY BURRIS, DEPUTY | ) | |
| WARDEN LARRY MCGUIGANS, THE | ) | |
| QR2 TEAM DCC, CAPTAIN JOSEPH | ) | |
| BELANGER, MAJOR CHARLES | ) | |
| CUNNINGHAM, SGT. WASHINGTON, | ) | |
| NEW CASTLE COUNTY POLICE | ) | |
| DEPARTMENT, and WILMINGTON | ) | |
| POLICE DETECTIVES, | ) | |
| | ) | |
| Defendants. | ) | |

## STATE DEFENDANT BETTY BURRIS' MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), State Defendant Deputy Warden Betty Burris ("Burris") hereby moves to dismiss the Complaint. In support of this Motion, Burris incorporates herein by reference State Defendants' Motion to Dismiss filed in this matter on December 19, 2005 [D.I. 23].

WHEREFORE, State Defendant Deputy Warden Betty Burris respectfully requests that this Court grant her Motion to Dismiss and enter an Order in the form attached hereto.

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    /s/ Eileen Kelly
    Deputy Attorney General
    Carvel State Building
    820 N. French Street, 6th Floor
    Wilmington, Delaware 19801
    (302) 577-8400
    eileen.kelly@state.de.us

Dated: January 17, 2006    Attorney for State Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AARON E. BRUTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-260-KAJ |
| | ) | |
| C/O ROBERT C. PADDY, THE QR2 | ) | |
| TEAM, WARDEN THOMAS CARROLL, | ) | |
| C/O GLENN WOODWARD, WARDEN | ) | |
| RAPHAEL WILLIAMS, DEPUTY | ) | |
| WARDEN BETTY BURRIS, DEPUTY | ) | |
| WARDEN LARRY MCGUIGANS, THE | ) | |
| QR2 TEAM DCC, CAPTAIN JOSEPH | ) | |
| BELANGER, MAJOR CHARLES | ) | |
| CUNNINGHAM, SGT. WASHINGTON, | ) | |
| NEW CASTLE COUNTY POLICE | ) | |
| DEPARTMENT, and WILMINGTON | ) | |
| POLICE DETECTIVES, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

**IT IS SO ORDERED,** this _____ day of _____, _____, that State

Defendant Deputy Warden Betty Burris' Motion to Dismiss is hereby **GRANTED.**

_____
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2006, I electronically filed *State Defendant Betty Burris' Motion to Dismiss* with the Clerk of Court using CM/ECF. I hereby certify that on January 17, 2006, I have mailed by United States Postal Service, the document to the following non-registered party: Aaron E. Bruton.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us