IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AARON E. BRUTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-260-KAJ |
| ) | |
| ROBERT C. PADDY, ET AL., ) | |
| ) | |
| Defendants. ) | |

### ORDER

On December 19, 2005, defendants McGuigans, Belanger, Paddy, Carroll, Woodward and Williams filed a motion to dismiss for failure to state a claim (D.I. 23). On January 17, 2006, defendant Burris filed a motion to dismiss for failure to state a claim (D.I. 28). Plaintiff has failed to respond to these motions. Therefore,

IT IS HEREBY ORDERED that plaintiff shall file an answering brief as to each motion on or before April 18, 2006, or this case will be dismissed against the moving defendants.

_____
UNITED STATES DISTRICT JUDGE

Dated: April 4, 2006
Wilmington, Delaware