In the US District Court
For the District of Delaware

K.J.

Appellant, Aarone E. Bruton

V

Appellee.
C/O Robert C. Paddy, The QRZ-Team, Warden: Thomas Carroll, C/O Glenn Woodward, Warden: Raphael Williams, Deputy Warden: Betty Burris, Deputy Warden: Larry McGuigans, The QRZ-Team DCC, Captain: Joseph Belanger, Major: Charles Cunningham, Sgt: Washington, New Castle County Police Dept, and Wilmington Police Detectives;

Civil Action # 05-260-KAJ



FILED
APR 10 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

### Motion For Appointment of Counsel

Comes Now, the appellant, , pro se, and moves this Honorable Court for Appointment of Counsel, to represent appellant. In support of this Motion appellant states that the following is true and correct, to the best of his knowledge and belief:

1. Appellant is incarcerated.

2. Appellant is unskilled in the law.

3. The administration at the Delaware Correctional Center where the Appellant is held limits the days and times that appellant is allowed access to the law libraray.

4. Appointment of Counsel would serve "the best interests of Justice" in this case

Wherefore, appellant prays this Honorable Court appoints Counsel to represent the appellant.

Date: 4-6-06

Aaron Bruton

DCC 1181 Paddock Road
Smyrna, De 19977



IM MR. Aaron Bruton
SBI# 359437  UNIT MHU 23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
07 APR 2006 PM 2 T

U.S.M. X-RAY

Office of the Clerk
United States District Court
844 N. King St, Lockbox 18
Wilm, D.E. 19801