IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

AARON BRUTON,
Plaintiff

v.                                                            Civil Action No. 05-260-KAJ

ROBERT C. PADDY, ET AL.,
Defendants

**MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6 (b) of the Federal Rules of Civil Procedure, plaintiff moves for an extension of time to respond to the Order dated April 18, 2006.
In support thereof, plaintiff states the following:
1. This is plaintiff's 1st request for an extension of time for service and filing of his opening brief.
2. Plaintiff is an inmate at the Delaware Correctional Center. He is indigent and cannot afford counsel; therefore at this stage of his case, he will have to proceed pro se.
3. Plaintiff has limited knowledge and experience of in legal research and legal principles, which will be the focus of his appeal. Additional, due to the limitations imposed by the institution on the use of the law library, he is unable to visit the library facility consistently to properly research and prepare his opening brief. Therefore, it is expected that plaintiff will need more time to perfect his claims.

WHEREFORE, based on the above reasons, plaintiff respectfully prays this Honorable Court to grant his motion and extend the time for filing his response to the Order to ~~_____~~ May 30, 2006

Dated: 4-10-06

_Aaron Bruton_
Name
1181 Paddock Road
Delaware Correctional Center

FILED
APR 12 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

AARON BRUTON
Plaintiff

v.                                                    05-260-KaJ

ROBERT C. PADDY, ET AL.,
Defendant(s)

ORDER

    IT IS HEREBY ORDERED, this _____ day of _____, 200_ that the attached Motion for Extension of Time has been read and considered.
    IS IS ORDERED that the Motion is hereby GRANTED/DENIED.
    IT IS FURTHER ORDERED THAT

_____
_____
_____
_____

                                                                _____
                                                                        Judge



WILMINGTON DE 197

11 APR 2006 PM 2 T

I/M MR. Aaron Bruton
SBI# 359437   UNIT mhu 23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the CLERK
United States District Court
844 N. King St., lockbox 18
Wilm, DE.   19801

- Motion -

