4-10-06

Office of the Clerk,

How are you? Enclosed is a motion for extension of time. Also, I need a print out for my civil suit (Docket Sheet).

(thank you)

Aaron Bruton
359437
mhu 23
1181 Paddock Rd.
Smyrna, DE.
19977

Civil Action # 05-260-KAJ



FILED
APR 12 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RO scanned