IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AARON E. BRUTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-260-KAJ |
| | ) |
| ROBERT C. PADDY, ET AL., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The court, having considered plaintiff's Motion for Extension of Time (D.I. 31),

IT IS HEREBY ORDERED that plaintiff's Motion for Extension of Time (D.I. 31) is GRANTED. Plaintiff shall file his answering brief in the captioned matter on or before May 30, 2006.

_____
UNITED STATES DISTRICT JUDGE

April 13, 2006
Wilmington, Delaware