OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 13, 2006

TO: Aaron E. Bruton
SBI#359437
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

*RE: Status Letter; 05-260(KAJ)*

Dear Mr. Bruton:

This office received a letter from you requesting the status of case 05-260. Your case is assigned to the Honorable Kent A. Jordan, and is pending before the Court. You will be advised by the Court as to further developments in your case. Enclosed please find a docket sheet for the above mentioned case.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan
enc. Docket Sheet

4-10-06

(32)

Office of the Clerk,

How are you? Enclosed is a motion for extension of time, Also, I need a print out for my civil suit (Docket Sheet).

(thank you)

Aaron Bruton
359437
mhu 23
1181 Paddock Rd.
Smyrna, D.E.
19977

Civil Action # 05-260-KAJ



FILED
APR 12 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RO scanned