IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ARRONE E. BRUTON,
      Plaintiff,

v.

C/O ROBERT PADDY, etal,
      Defendants.

C.A. 05-260-KAJ

PLAINTIFF'S REPLY TO DEFENDANT'S MOTION

TO DISMISS COMPLAINT

Plintiff Respectfully moves the Honorable Court for an order denying the defendants motion to dismiss his pending 1983 civil Rights actions. The defendant's motion is based upon factly incorrect legal statute and misrepresentation of 10 Del. C. s 8119 in the facts of this case.

1) Plaintiffs District Court docket shows this action was filed on Feb.25,2003 (D.I.1) the first beating took place on Feb. 27,2001 at (HRYCI) plaintiff was within the two year limitation.

2) The second beating took place on may 6,2002 the complaint surely was filed within the two year limitations Pursuant to 10 Del. C. s 8119.

3) The district Court Dismissed WITHOUT PRRJUDICE on July 2, 2003 (D.I.# 10) The plaintiff then filed a motion to reinstate Enrolled Judgement (D.I.13) The case was reopened on Sept. 9, 2004.(per D.I.# 13).

4) The Court then by Memorandum order denied plaintiffs motion for reconsideration on March 31,2005 (D.I.# 15).

The defendants first raise the defense of " Statute of limitation " while at the same time claimimg plaintiff's claims are wthout merit Pursuant to Fed. R. Civ R. 12(b)(6) " failure to state a claim upon which relief can be granted."

Defendant's carry the burden of proof of a violation of 10 Del. C. s 8119 and 12(b)(6). In this case plaintiff has defended against both of defendant's claims first by showing the court with the docket he filed his motion in a timely manner and there is a genuine issue of dispute which entitles the plaintiff to a trial on his Constitutional Rights violations.

5) Moreover plaintiff claims during this time defendant's had kept him on large doses of mental health drugs which clouded his judgments on what decisions to make and when to make them, and when he refused to take the doses he would be placed in " Isolation" until he again would submit too mental health treatments with forced medications over his objections.

WHEREFORE, Plaintiff hereby moves the Honorable Court to deny the defendant's motion

to dismiss because it lacts legal substances of law, and misrepresents the facts of the court's record in the case at bar.

*Aaron E. Bruton*

Date: May 23, 2006

## Certificate of Service

I, <u>Aaron E. Bruton</u>, hereby certify that I have served a true and correct cop(ies) of the attached: <u>Plaintiff's Reply to Defendant's motion</u> upon the following parties/person (s):

TO: <u>Eileen Kelly</u>
<u>Deputy Attorney General</u>
<u>Department of Justice</u>
<u>820 N. French St., 6th</u>
<u>floor, Wilm, D.E. 19801</u>

TO: <u>Office of the Clerk</u>
<u>United States District</u>
<u>Court 844 N. King St, lockbox 18</u>
<u>Wilm, D.E. 19801</u>
<u>(Judge) Kent A. Jordan</u>

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this <u>23</u> day of <u>May</u>, 2006

<u>Aaron E. Bruton</u>



I/M Mc Aaron Bruton
SBI# 359 4b Huntmburs3
DELAWARE CORRECTION CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON, DE 19850
MAY 24 2006

Office of the Clerk
United States District Court
844 N. King St, lockbox 18
Wilm, D.E. 19801