## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AARON E. BRUTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     C. A. No. 05-260-KAJ |
| | ) |
| C/O ROBERT C. PADDY, THE QR2 | ) |
| TEAM, WARDEN THOMAS CARROLL, | ) |
| C/O GLENN WOODWARD, WARDEN | ) |
| RAPHAEL WILLIAMS, DEPUTY | ) |
| WARDEN BETTY BURRIS, DEPUTY | ) |
| WARDEN LARRY MCGUIGANS, THE | ) |
| QR2 TEAM DCC, CAPTAIN JOSEPH | ) |
| BELANGER, MAJOR CHARLES | ) |
| CUNNINGHAM, SGT. WASHINGTON, | ) |
| NEW CASTLE COUNTY POLICE | ) |
| DEPARTMENT, and WILMINGTON | ) |
| POLICE DETECTIVES, | ) |
| | ) |
| Defendants. | ) |

**STATE DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS**

In further support of their Motion to Dismiss, Defendants Robert C. Paddy, Thomas Carroll, Glen Woodard, Raphael Williams, Larry McGuigan, Joseph Belanger and Betty Burris ("State Defendants") hereby state as follows:

1. Plaintiff responds to State Defendants' argument that his action is time-barred by asserting that his Complaint was filed on February 25, 2003. This assertion is incorrect. The Complaint was filed on May 2, 2005. [D.I. 2].

2. Plaintiff filed a prior lawsuit on February 25, 2003, based on the same allegations set forth in the instant action. *See Bruton v. Williams,* D. Del., C.A. No. 03-224-KAJ. *See* complaint attached hereto as Exhibit A and docket attached hereto as

Exhibit B. However, that action was dismissed, without prejudice, on July 2, 2003. *See* Exhibit B at D.I. 10.

3. More than one year later, on September 9, 2004, Plaintiff moved for reconsideration of the Court's decision dismissing his case. *Id.* at D.I. 13. On March 31, 2005, Plaintiff's Motion for Reconsideration was denied, and the case was closed. *Id.* at D.I. 15.

4. Plaintiff cannot satisfy the statute of limitations by relying on a prior, dismissed case. This action is time-barred, and the Complaint must be dismissed.

WHEREFORE, State Defendants respectfully request that this Court grant their Motion to Dismiss.

                                       STATE OF DELAWARE
                                       DEPARTMENT OF JUSTICE

                                       /s/ Eileen Kelly
                                       Deputy Attorney General
                                       Carvel State Building
                                       820 N. French Street, 6th Floor
                                       Wilmington, Delaware 19801
                                       (302) 577-8400
                                       eileen.kelly@state.de.us
Dated: June 1, 2006                       Attorney for State Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2006, I electronically filed *State Defendants' Reply in Support of Motion to Dismiss* with the Clerk of Court using CM/ECF. I hereby certify that on June 1, 2006, I have mailed by United States Postal Service, the document to the following non-registered party: Aaron E. Bruton.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us