(Rev. 4/97)



**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**



FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2003 FEB 25 PM 3:03

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Aaron E. Benton

(Enter above the full name of the plaintiff in this action)

03-224

V.

Raphel Williams & QRT team et.al. New Castle County Police Deputy Warden Larry McGuigans, Sgt. Washington Chief of Security Major Cunningham Captain Joseph Belanger, QRT team DCC et al.

(Enter above the full name of the defendant(s) in this action)

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?
       YES [ ]    NO [✓]

   B.  If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

       1.  Parties to this previous lawsuit

       Plaintiffs _____

       _____

       Defendants _____

       _____

DELAWARE CORRECTIONAL CENTER
INMATE REQUEST FOR CERTIFIED TRUST FUND
ACCOUNT STATEMENT OF PRIOR SIX MONTH PERIOD

TO: Mr. Joseph Hudson, Manager          DATE: _September 24, 2002_
    Delaware Correctional Center
    Smyrna, Delaware 19977

FROM:      _AARON E. Bexton_                    _____
       Inmate Name  (Please print Name)             SBI#

- I HEREBY CERTIFY -

   Pursuant to the Prison Litigation Reform Act, 28 U.S.C. 1915
(a)(2), effective April 26, 1996, I am requesting a certified
Statement of my Institution Trust Fund Account for the previous
six month period. Please forward same to me.

_AARON E. Bexton, Aaron E. Bruton_
       Signature
(28 U.S.C. 1746 and 18 U.S.C. 1621)

2. Court (if federal court, name the district; if state court, name the county)
   _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
   _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. A. Is there a prisoner grievance procedure in this institution? Yes [ ] No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [✓] No [ ]

C. If your answer is YES,

  1. What steps did you take? Describe in detail just what was happening to me in the SHU Bldg.

  2. What was the result? Nothing.
     _____

D. If your answer is NO, explain why not _____
   _____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [ ] No [ ]

F. If your answer is YES,

  1. What steps did you take? _____
     _____

  2. What was the result? _____
     _____

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff AARON E. BENTON

Address Delaware Corr. Center, 1181 Paddock Road, Smyrna, DE 19977

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B. Defendant Major Cunningham is employed as Chief of Security, SHU at THE S.H.U in Delaware Corr. Center

C. Additional Defendants Captain Joseph Belanger of SHU Deputy Warden Larry McGuigans of the SHU Sgt. Washington of the SHU; Rophael Williams Warden (mpcJF) QR2 team (mpcJF) QR2 team DCC SHU:

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

See attached copy of Statements of Facts:

-3-

## STATEMENT OF FACTS

1. On or about February 26, 2001, Aaron E. Bruton was arrested by the new Castle County Police Department. After being question, the County Police Officer assaulted me. They took my clothes off of me. They then transferred me to Gander Hill Prison when I wouldn't confess and sign the documents that they placed before. I was then taken to Wilmington Hospital for treatment

2. On February 27, 2001, Aaron E. Bruton was allowed to use the phone in Booking and Receiving. I was talking to my mother and sister, Dawn Bruton. After about a minute of conversation the C/O on duty turn the phone off and proceeded to force me to move.

3. I started complaining and asking him why did he cut off the phone, when he punched me in the face. He then called the QR2 team. The QR2 team immediately started kicking me, punching me in the face, slammed me to the floor, slammed me, kick me in the ribs, they did, as they wanted to do to me.

4. They hurt me rather badly, then they took me to the Infirmary where I was lock down in an isolation cell for a couple of weeks, while my body tried to recover.

5. The next day my father Raymond L. Bruton was brought to see me in my isolation cell. I was beaten bruises and lumps and black eyes were all visible to my father. My body was really bruised. My father cried and then Sgt. Green and C/O Ron Ron took my father back to 1A pod.

6. My forehead was badly bruised, my eyes were black, and my entire face was covered in black and blue marks and swollen. They shot some kind of drug in my hip. I asked them what did they give me they would never tell me.

7. My side hurt real bad and I could not keep from falling asleep. I asked and complained that I wanted water. I asked the two C/O women who were on duty that February 27, 2001. My father asked them to give me some water and they did not until they were ready.

8.  My father saw me on February 27, 2001, I was badly beaten by the Response team I could hardly function during that time, my welfare was in question.

9.  The doctors made me take this drug that I don't know what it was they had me on suicide watch, I told Ron Ron to tell my Dad. I complained to my dad's friend, I begged him to tell my dad what they were doing to me.

10. I was placed in the isolation on the main floor after I some what recovered from my beating by the QR2 team. My father, before he was moved to D.C.C. on May 15, 2001 had got me moved back into population. I was in population A for about month and a half before I was transferred to D.C.C. on June 15, 2002.

11. Immediately upon my arrival to D.C.C. I was told that I will be placed in the SHU. I asked why; however, no one would tell me. I was not classified to the SHU and I had not been involved in any other problems inside the prison.

12. Since June 15, 2001, I have been house in the SHU. My father and I have written many letters to everyone of concern trying to get me moved out of the SHU and placed in population. On two (2) occasion beside this latest episode I was attack and beaten by the QR2 team here in the SHU located in the D.C.C. compound. I was removed just prior to this latest beating to an isolation wing where I spent nine (9) days.

13. After my return from a visit on Monday May 6, 2002, I was attacked by Captain Belanger and Major Cunningham while my hands were still handcuff behind my back. The QR2 team, attacked beat me twice. I was beaten real bad, they then carried me to the Hospital on the Main compound where I was locked down and shackled to the bed hand and foot.

14. When my mother and brother came to see me on Friday May 10, 2002, I had two (2) black eyes, I had stitches, I had bruises on my face, my neck, my legs, my stomach and my back where they kicked me while I was handcuffed. Again I was beaten real bad, I don't know what the hell is going on.

15. Captain Belanger and Major Cunningham are the Responsible Parties for this latest beating. They both were there and they called the QR2 team and told them to beat me while my hands were cuffed behind my back and they beat me also.

16. I don't know where all of this is going; however, I'm praying that the Courts will come to my aide and stop this nonsense. I'm now housed without any clothes and kept naked in this isolation cell.

Date: Sept. 24, 2002

AARON E. BRUTON
D. C. C.
1181 PADDOCK ROAD
SMYRNA, DE 19977