CLOSED

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:03-cv-00224-KAJ

Bruton v. Williams, et al
Assigned to: Honorable Kent A. Jordan
Demand: $0
Related Case: 1:05-cv-00260-KAJ
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 02/25/2003
Jury Demand: None
Nature of Suit: 555 Prisoner: Prison Conditions
Jurisdiction: Federal Question

**Plaintiff**

**Aaron E. Bruton**          represented by  **Aaron E. Bruton**
SBI#359437
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977
PRO SE

V.

**Defendant**

**Raphael Williams**

**Defendant**

**QR2 Team**

**Defendant**

**New Castle County Police Department**

**Defendant**

**Deputy Warden Larry McGuigans**

**Defendant**

**Sgt. Washington**

**Defendant**

**Major Cunningham**

**Defendant**

**Captain Joseph Belanger**

**Defendant**

**QR2 Team DCC**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/25/2003 | 1 | COMPLAINT filed. Magistrate Consent Notice to Pltf. FILING FEE $ 150.00 RECEIPT # 133740 (mwm) (Entered: 02/26/2003) |
| 02/25/2003 |  | No summons issued (mwm) (Entered: 02/26/2003) |
| 02/25/2003 | 2 | REQUEST by Aaron E. Bruton for Injunction pursuant to Rule 65(d) (mwm) (Entered: 02/26/2003) |
| 03/05/2003 | 3 | CASE assigned to Judge Kent A. Jordan . Notice to all parties. (ntl) (Entered: 03/05/2003) |
| 03/07/2003 | 4 | ORDER - Plaintiff shall complete and return an original USM 285 form for each defendant & the Attorney General. Plaintiff shall also include payment of $460.00 covering the cost of service and mileage by the U.S. Marshal Service. Upon receipt of completed USM 285's and service fee, the U.S. Marshal shall serve complaint as directed by Plaintiff. ( signed by Judge Kent A. Jordan ) copies to: Pltf. (rwc) (Entered: 03/10/2003) |
| 04/09/2003 | 5 | Letter dated 4/7/03 to Clerk by Raymond L. Bruton (Father of Plaintiff), Re: Plaintiff unable to complete and return Court papers due to fear of retaliation. (rwc) (Entered: 04/10/2003) |
| 04/11/2003 | 6 | ORDER, set Pretrial Conference for 2:00 on 4/15/03 ( signed by Judge Kent A. Jordan ) copies to: Cnsl, USM & Pltf (rwc) (Entered: 04/14/2003) |
| 04/15/2003 |  | Pre-trial Status conference held before Judge Jordan. (Ct Rptr B. Gaffigan). (rwc) (Entered: 04/16/2003) |
| 04/16/2003 | 7 | Steno Notes filed by Ct Rptr B. Gaffigan, Re: status conference held on 4/15/03 (rwc) (Entered: 04/16/2003) |
| 04/17/2003 | 8 | ORDER TO SHOW CAUSE: Pltf shall complete & return the USM 285 forms and Application to Proceed Without Prepayment of Fees by 6/25/03 or case will be dismissed for failure to prosecute. ( signed by Judge Kent A. Jordan ) copies to: Pltf (rwc) Modified on 04/17/2003 (Entered: 04/17/2003) |
| 07/01/2003 | 9 | MOTION by Aaron E. Bruton to Proceed in Forma Pauperis re: [9-1] motion (rwc) (Entered: 07/01/2003) |
| 07/02/2003 | 10 | ORDER, to Dismiss without prejudice as Pltf has failed to complete and return U.S. Marshal 285 forms as directed by Order [DI#4]. ( signed by Judge Kent A. Jordan ) copies to: Pltf (rwc) (Entered: 07/02/2003) |
| 07/02/2003 |  | Case closed per Order DI#10. (rwc) (Entered: 07/02/2003) |
| 08/13/2004 | 11 | Letter dated 8/10/04 by Aaron E. Bruton, Re: Questions concerning reopening closed lawsuit and filing fee status. (rwc) (Entered: 08/16/2004) |
| 08/17/2004 | 12 | Letter dated 8/17/04 by Clerk to Aaron E. Bruton in response to DI#11. (rwc) (Entered: 08/17/2004) |

| 09/09/2004 | 13 | Document titled "Motion to Reinstate Enrolled Judgment" construed as a MOTION by Aaron E. Bruton for Reconsideration of [10-1] order to Dismiss without prejudice as Pltf has failed to complete and return U.S. Marshal 285 forms as directed by Order [DI#4]. re: [13-1] motion (rwc) (Entered: 09/10/2004) |
| --- | --- | --- |
| 09/09/2004 | | Case reopened per DI#13. (rwc) (Entered: 09/10/2004) |
| 09/27/2004 | 14 | PROPOSED AMENDED COMPLAINT filed by Aaron E. Bruton, amending [1-1] complaint (rwc) (Entered: 09/28/2004) |
| 03/31/2005 | 15 | MEMORANDUM ORDER denying [13] Motion for Reconsideration. Signed by Judge Kent A. Jordan on 3/31/05. (ntl, ) (Entered: 03/31/2005) |
| 03/31/2005 | | CASE CLOSED per D.I. 15 (ntl, ) (Entered: 03/31/2005) |
| 04/08/2005 | 16 | Letter dated 4/6/05 to Clerk from Aaron E. Bruton regarding request for docket sheet - sent. (rwc, ) (Entered: 04/12/2005) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 05/30/2006 16:58:17 | | | |
| PACER Login: | dj0024 | Client Code: | doc |
| Description: | Docket Report | Search Criteria: | 1:03-cv-00224-KAJ Start date: 1/1/1970 End date: 5/30/2006 |
| Billable Pages: | 2 | Cost: | 0.16 |